# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry M Lynch, | **NO. CV-18-01327-PHX-JGZ** |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A** |
| Inter-Con Security Systems Incorporated, | **CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.


Brian D. Karth
District Court Executive/Clerk of Court

October 30, 2019

                    s/ Ortiz
              By    Deputy Clerk